| | |
|---|---|
| 1 | **GREGORY A. RING, SBN: 012859** |
| | Law Offices of Gregory A. Ring |
| 2 | 820 Gemstone Avenue |
| | Bullhead City, AZ  86442 |
| 3 | (928) 758-7464 |
| | loogar@citlink.net |
| 4 | |
| | Attorney for Debtors |
| 5 | |

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | No: 0:08-bk-06766-RJH |
| | ) | |
| DWYAN WILLIAM WOODLAND and | ) | Chapter 13 Proceeding |
| DEBORAH ANN WOODLAND, | ) | |
| | ) | DEBTORS' OBJECTION TO |
| | ) | MOVANT'S MOTION TO LIFT THE |
| Debtors. | ) | AUTOMATIC BANKRUPTCY STAY |
| | ) | |
| CHASE BANK USA, N.A., | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| DWYAN WILLIAM WOODLAND and | ) | |
| DEBORAH ANN WOODLAND, DEBTORS; | ) | |
| RUSSELL A. BROWN, TRUSTEE, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Debtors, DWYAN WILLIAM WOODLAND and DEBORAH ANN WOODLAND, by and through undersigned counsel, hereby object to the Motion to Lift the Automatic Bankruptcy Stay filed by secured creditor Chase Bank, USA.

The Motion for Relief from the Automatic Stay should be denied for the reason that Debtors are current with their mortgage payments to Movant, Chase Bank, USA.  Attached and marked as Exhibit "A" are copies of debtors' cancelled checks to Chase from January 2009 through August 2009.  Debtors have not yet received

the cancelled checks for the September and October payments and can provide copies to the Court upon receipt.

Debtors therefore request that Chase Bank, USA's request to lift the stay order be denied.

RESPECTFULLY SUBMITTED this 9th day of October, 2009.

                    LAW OFFICES OF GREGORY A. RING

                    /s/Gregory A. Ring
                    GREGORY A. RING
                    Attorney for Debtors

Copy of the foregoing mailed this
9th day of October, 2009, to:

Russell A. Brown
3838 N. Central Ave., Suite 800
Phoenix, AZ  85012-1965

Mark S. Bosco
Leonard J. McDonald
Tiffany & Bosco, P.A.
2525 East Camelback Road
Third Floor
Phoenix, AZ  85016


By:/s/Marlena Janes

C:\MYDOCS\BANKRUPT\GENTRY\OBJ2MOTION2LIFTSTAY