# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | DWYAN WILLIAM & DEBORAH ANN WOODLAND |
| Case Number: | 0:08-bk-06766-RJH    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, DECEMBER 02, 2009 11:00 AM   6TH FLOOR #603 |
| Bankruptcy Judge: | RANDOLPH J. HAINES |
| Courtroom Clerk: | JANET SMITH |
| Reporter / ECR: | SHERI FLETCHER |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CHASE BANK

R / M #:   86 / 0

## Appearances:

GREGORY A. RING, ATTORNEY FOR DWYAN WILLIAM WOODLAND, DEBORAH ANN WOODLAND
LEONARD J. MCDONALD, ATTORNEY FOR MOVANT

## Proceedings:

Mr. McDonald reviewed the arrearages.

Mr. Ring informed the cancelled checks were faxed to Mr. McDonald's office.

COURT:  IT IS ORDERED CONTINUING THIS HEARING TO JANUARY 25, 2010 AT 11:00 AM.